```
 1  Bingham McCutchen LLP
    RICHARD S. TAFFET (pro hac vice to be
 2  filed, NY SBN 1721182)
    399 Park Avenue
 3  New York, New York 10022-4689
    Telephone: (212) 705-7000
 4  Facsimile: (212) 752-5378
    richard.taffet@bingham.com
 5
    JAMES G. SNELL (SBN 173070)
 6  1900 University Avenue
    East Palo Alto, California 94303-2223
 7  Telephone: (650) 849-4400
    Facsimile: (650) 849-4800
 8  james.snell@bingham.com

 9  SCOTT T. BLUNI (pro hac vice to be
    filed, MA SBN 660187)
    150 Federal Street
10  Boston, Massachusetts 02110-1726
    Telephone: (617) 951-8000
11  Facsimile: (617) 951-8736
    scott.bluni@bingham.com
12
    GARY M. HNATH (pro hac vice to be
13  filed, DC SBN 388896)
    2020 K Street N.W.
14  Washington, D.C. 20006-1806
    Telephone: (202) 373-6000
15  Facsimile: (202) 373-6001
    gary.hnath@bingham.com
16
17  Attorneys for Plaintiff
    MAQUET CARDIOVASCULAR, L.L.C.
```

ORIGINAL FILED

08 APR -1 AM 9: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.F.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JCS

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>Plaintiff,<br>v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEM CORPORATION, a Delaware corporation,<br><br>Defendants. | No. C08 01735<br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 |

A/72441227.1/3007859-0000331185

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Getinge Group AB, Arjo AB, Getinge/Arjo Holdings Netherlands, and Getinge Holdings USA, Inc. (direct and indirect parent corporations); and Embro Vascular, L.L.C. (financial interest in the subject matter in controversy).

Dated: April 1, 2008

BINGHAM McCUTCHEN LLP

By: _____
James Snell
Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.