```
Bingham McCutchen LLP
RICHARD S. TAFFET (pro hac vice to
be filed, NY SBN 1721182)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

JAMES G. SNELL (SBN 173070)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800
james.snell@bingham.com

SCOTT T. BLUNI (pro hac vice to be
filed, MA SBN 660187)
150 Federal Street
Boston, Massachusetts 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736
scott.bluni@bingham.com

GARY M. HNATH (pro hac vice to be
filed, DC SBN 388896)
2020 K Street N.W.
Washington, D.C. 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001
gary.hnath@bingham.com
```

Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.

ORIGINAL FILED

08 APR -1 AM 9: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,

   Plaintiff,

  v.

TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEM CORPORATION, a Delaware corporation,

   Defendants.

No. C 08 01735

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

A/72441263.1/3007859-0000331185

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - FRCP 7.1

1

2        Pursuant to Fed. R. Civ. Proc. 7.1, counsel for Plaintiff certifies for Maquet
3  Cardiovascular L.L.C. that the following entities (i) are a parent corporation of Maquet
4  Cardiovascular L.L.C. or (ii) a publicly held corporation that owns 10% or more of Maquet
5  Cardiovascular L.L.C.'s stock: Getinge Group AB, Arjo AB, Getinge/Arjo Holdings
6  Netherlands, and Getinge Holdings USA, Inc. (direct and indirect parent corporations).

7
8  Dated: April 1, 2008

9                    BINGHAM McCUTCHEN LLP
10
11
              By: _____
12                      James Snell
                    Attorneys for Plaintiff
13              MAQUET CARDIOVASCULAR, L.L.C.

A/72441263.1/3007859-0000331185            2

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - FRCP 7.1