Bingham McCutchen LLP
RICHARD S. TAFFET (*pro hac vice* pending,
NY SBN 1721182)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

JAMES G. SNELL (SBN 173070)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800
james.snell@bingham.com

SCOTT T. BLUNI (*pro hac vice* pending,
MA SBN 660187)
150 Federal Street
Boston, Massachusetts 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736
scott.bluni@bingham.com

GARY M. HNATH (*pro hac vice* pending,
DC SBN 388896)
2020 K Street N.W.
Washington, D.C. 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001
gary.hnath@bingham.com

Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>Plaintiff,<br>v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation,<br><br>Defendants. | No. C08-01735 JCS<br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; AND<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

Case No. C08-01735 JCS

DECLINATION OF MAGISTRATE AND REQUEST FOR REASSIGNMENT

1     **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2     Plaintiff Maquet Cardiovascular L.L.C. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Dated: April 28, 2008

BINGHAM McCUTCHEN LLP

By: _____
James Snell
Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.

**CERTIFICATION BY CARLOS P. MIÑO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for plaintiff Maquet Cardiovascular L.L.C. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains another signatory. I declare that concurrence has been obtained from the signatory to file this document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on April 28, 2008.

BINGHAM McCUTCHEN LLP

By: _____
Carlos P. Miño
carlos.mino@bingham.com
Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.