**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                        General Court Number
Clerk                                                                      415.522.2000


**April 29, 2008**

CASE NUMBER:  CV 08-01735 JCS
CASE TITLE:  MAQUET CARDIOVASCULAR, L.L.C.-v-TERUMO CORPORATION, ET AL.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/29/08

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____
                                                                                             Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 4/29/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA