| Attorney or Party without Attorney:<br>BINGHAM McCUTHCHEN<br>1900 UNIVERSITY AVENUE 4th Floor<br>EAST PALO ALTO, CA 94303<br>Telephone No: 650-849-4400<br><br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: MAQUET CARDIOVASCULAR, L.L.C

Defendant: TERUMO CORPORATION AND TERUMO CARDIOVASCULAR SYSTEMS CORP

| PROOF OF SERVICE<br>OF SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801735 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Plaintiff's Corporate Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1; Plaintiff's Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:          TERUMO CORPORATION
   b. Person served:         WITNESSED BY COURT CLERK

4. Address where the party was served:     44-1,2-CHOME
                                           HATAGAYA, SHIBUYA-KU,

5. I served the party:
   d. by other means On: Wed., Apr. 16, 2008 at: 11:48AM by Posting and Mailing (CCP 415.45):
                         party in item 3
   (1) **(Business)** by Posting and Mailing (CCP 415.45):
   (4) I thereafter mailed (Certified) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Apr. 16, 2008 from: SAN JOSE, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  TERUMO CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS J BOWMAN JR.                    d. **The Fee** for Service was:  $195.40
   b. **STERLING MADISON COMPANY**           e. I am: (3) registered California process server
      120 RACE STREET                            (i)   Owner
      SAN JOSE, CA 95126                         (ii)  Registration No.:    25
   c. 408-295-3300, FAX 408-491-9772             (iii) County:             Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Apr. 21, 2008

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007           OF SUMMONS          (THOMAS J BOWMAN JR.)   8494400.28931