| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| JAMES G. SNELL<br>BINGHAM MCCUTCHEN LLP<br>600 ANTON BLVD.<br>18TH FLOOR<br>COSTA MESA, CA 92626 | | | |
| Telephone No: 714-830-0600     FAX No: 714-830-0700 | | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: MAQUET CARDIOVASCULAR, L.L.C.
Defendant: TERUMO CORP.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 01735 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Case Management Conference Order; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Plaintiff's Certification Of Interested Entities Or Persons Pursuant To Civil Local Rules 3-16; Plaintiff's Corporate Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1

3. a. Party served: Terumo Cardiovascular Sys. Corp.
   b. Person served: Frances Porter, Agent authorized to accept service of process

4. Address where the party was served: 1311 Valencia Avenue
   TUSTIN, CA 92780

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 15, 2008 (2) at: 5:00PM

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PHIL THOMAS
   
   **First Legal Support Services** sm
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   d. *The Fee for Service was:* $69.25
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1985
      (iii) County: Orange

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, May. 02, 2008

   *(signature)* (PHIL THOMAS)

Judicial Council Form     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE     1861325;gg.jamsn.130244