1 | Shelley K. Mack (SBA 209596)
mack@fr.com
2 | FISH & RICHARDSON P.C.
500 Arguello Street
3 | Suite 500
Redwood City, CA 94063
4 | Telephone:(650) 839-5070
Facsimile: (650) 839-5071
5
6 | Mathias W. Samuel (pro hac vice to be filed, MN Bar No. 272164)
samuel@fr.com
John C. Adkisson (pro hac vice to be filed, MN Bar No. 266358)
7 | adkisson@fr.com
Sara Cotton (pro hac vice to be filed, MN Bar No. 386426)
8 | cotton@fr.com
FISH & RICHARDSON P.C.
9 | 3300 RBC Plaza
60 South Sixth Street
10 | Minneapolis, MN 55402
Telephone: (612) 335-5070
11 | Facsimile: (612) 288-9696

12 | Attorneys for Defendants
TERUMO CORPORATION, and
13 | TERUMO CARDIOVASCULAR SYSTEMS CORPORATION

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | (SAN FRANCISCO DIVISION)

17
18 | MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,  |  No. C 08-01735 JSW
19 |     v.  |  **NOTICE OF APPEARANCE OF SHELLEY K. MACK**
20 | TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation,

1

NOTICE OF APPEARANCE OF SHELLEY K. MACK
No. C 08-01735 JSW

1   TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2   **PLEASE TAKE NOTICE** Shelley K. Mack of Fish & Richardson P.C. hereby appears in
3   the above-entitled action as counsel for Defendants Terumo Corporation and Terumo
4   Cardiovascular Systems Corporation.  This appearance in no way constitutes a waiver of any
5   jurisdictional defenses, all of which are hereby expressly reserved.  The undersigned requests that
6   copies of all briefs, motions, orders, correspondence and other papers be served upon Ms. Mack at
7   the address listed below:

    Shelly K. Mack, Esq.
    Fish & Richardson P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
    Email: mack@fr.com

Dated: May 5, 2008                              FISH & RICHARDSON P.C.

                                                By:  /s/ Shelley K. Mack
                                                   Shelley K. Mack

Attorneys for Defendants
TERUMO CORPORATION, AND TERUMO
CARDIOVASCULAR SYSTEMS
CORPORATION

60497755.doc