Shelley K. Mack (CA SBA 209596)
mack@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
Telephone:(650) 839-5070
Facsimile: (650) 839-5071

Mathias W. Samuel (pro hac vice to be filed, MN Bar No. 272164)
samuel@fr.com
John C. Adkisson (pro hac vice to be filed, MN Bar No. 266358)
adkisson@fr.com
Sara Cotton (pro hac vice to be filed, MN Bar No. 386426)
cotton@fr.com
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendants
TERUMO CORPORATION, and
TERUMO CARDIOVASCULAR SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>　　　　v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation, | No. C-08-01735 JSW<br><br>**DECLARATION OF SHELLEY K. MACK IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659** |

1

1    I, Shelley K. Mack (SBN 209596), hereby declare as follows:

2    1.    I am an associate of the law firm Fish & Richardson, P.C., counsel of record for

3    Terumo Corporation and Terumo Cardiovascular Systems Corporation (collectively, "Terumo") in

4    the above-captioned matter.

5    2.    I make this declaration in support of Defendants' Unopposed Motion to Stay Under

6    28 U.S.C. § 1659.

7    3.    Attached to this declaration as **Exhibit A** is a true and correct copy of the

8    International Trade Commission's Notice of Investigation for Investigation No. 337-TA-645 dated

9    April 28, 2008.

10    I declare under penalty of perjury under the laws of the United States that the foregoing is

11    true and correct and that this Declaration was executed this 5th day of May, 2008, in Redwood

12    City, California.

13

14                                                    /s/ Shelley K. Mack
                                                      Shelley K. Mack
15

16

17

18    60498228.doc

19

20

21

22

23

24

25

26

27

28                                                    2

# EXHIBIT A

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## Washington, D.C. 20436

In the Matter of

**CERTAIN VEIN HARVESTING
SURGICAL SYSTEMS AND
COMPONENTS THEREOF**

**Inv. No. 337-TA-645**

## NOTICE OF INVESTIGATION

AGENCY: U.S. International Trade Commission

ACTION: Institution of investigation pursuant to 19 U.S.C. § 1337

SUMMARY: Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on April 1, 2008, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, on behalf of Maquet Cardiovascular LLC of San Jose, California. The complaint was supplemented on April 22, 2008. The complaint alleges violations of section 337 in the importation into the United States, the sale for importation, and the sale within the United States after importation of certain vein harvesting surgical systems and components thereof by reason of infringement of certain claims of U.S. Patent No. Re. 36,043 and U.S. Patent No. 6,830,546. The complaint further alleges that an industry in the United States exists as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue an exclusion order and cease and desist orders.

ADDRESSES: The complaint and supplement, except for any confidential information contained therein, are available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Room 112, Washington, D.C. 20436, telephone 202-205-2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on 202-205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at 202-205-2000. General information concerning the Commission may also be obtained by accessing its internet server at http://www.usitc.gov. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at http://edis.usitc.gov.

FOR FURTHER INFORMATION CONTACT: T. Spence Chubb, Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2575.

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.10 (2007).

SCOPE OF INVESTIGATION: Having considered the complaint, the U.S. International Trade Commission, on April 25, 2008, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain vein harvesting surgical systems or components thereof by reason of infringement of one or more of claims 22, 26, 28, and 49 of U.S. Patent No. Re. 36,043 and claims 1-4 and 7-9 of U.S. Patent No. 6,830,546, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is –

Maquet Cardiovascular L.L.C.
170 Baytech Drive
San Jose, CA 95134

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Terumo Corporation
44-1, 2 C-chome
Hatagaya, Shibuya-ku
Tokyo, 151-0072, Japan

Terumo Cardiovascular Systems Corporation
6200 Jackson Road
Ann Arbor, MI 48103

(c) The Commission investigative attorney, party to this investigation, is T. Spence Chubb, Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

(3) For the investigation so instituted, the Honorable Carl C. Charneski is designated as the presiding administrative law judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.13. Pursuant to 19 C.F.R. §§ 201.16(d) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Marilyn R. Abbott
Secretary of the Commission

Issued: April 28, 2008

3

CERTAIN VEIN HARVESTING SURGICAL SYSTEMS          337-TA-645
AND COMPONENTS THEREOF

### CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached **NOTICE OF INVESTIGATION** has been served by hand upon the Commission Investigative Attorney, Spence Chubb and the following parties as indicated, on ___April 28, 2008_____.


*Marilyn R. Abbott*        JNG
Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

### COMPLAINANT:

Maquet Cardiovascular L.L.C.                    ( ) Via Hand Delivery
170 Baytech Drive                               ( ) Via Overnight Mail
San Jose, CA 95134                              ( ) Via First Class Mail
P-408-635-6815                                  (✓) Other: _Certified_
F-408-635-3913

### COUNSEL FOR COMPLAINANT:

Richard S. Taffet, Esq.                         ( ) Via Hand Delivery
Gary N. Hnath, Esq.                             ( ) Via Overnight Mail
Scott T. Bluni, Esq.                            ( ) Via First Class Mail
**BINGHAM MCCUTCHEN LLP**                       (✓) Other: _Certified_
2020 K Street, NW
Washington, DC 20006-1806
P-202-373-6000
F-202-373-6001

Page 2 – Certificate of Service

**RESPONDENTS:**

Terumo Corporation                                          ( ) Via Hand Delivery
4401, 2-chome                                               ( ) Via Overnight Mail
Hatagaya, Shibuya-ku                                        ( ) Via First Class Mail
Tokyo, 151-0072, Japan                                      (✓) Other: _certified_
Telephone: 81.33.74.8111
Facsimile: 81.333.74.8399

Terumo Cardiovascular Systems Corporation                  ( ) Via Hand Delivery
6200 Jackson Road                                          ( ) Via Overnight Mail
Ann Arbor, MI 48103                                        ( ) Via First Class Mail
Telephone: 734.663.4145                                    (✓) Other: _certified_
Facsimile: 734.741.6079

**EMBASSY:**

Embassy of Japan                                           ( ) Via Hand Delivery
2520 Massachusetts Avenue, NW                              ( ) Via Overnight Mail
Washington, DC 20008                                       ( ) Via First Class Mail
                                                           (✓) Other: _certified_

**GOVERNMENT AGENCIES:**

Edward T. Hand                                             ( ) Via Hand Delivery
Chief, Foreign Commerce Section                            ( ) Via Overnight Mail
Antitrust Division                                         (✓) Via First Class Mail
U.S. Department of Justice                                 ( ) Other: _____
601 D Street, NW- Room 10023
Washington, DC  20530

George F. McCray, Esq.                                     ( ) Via Hand Delivery
Chief, Intellectual Property Rights Branch                 ( ) Via Overnight Mail
U.S. Bureau of Customs and Border Protection               (✓) Via First Class Mail
Mint Annex Building                                        ( ) Other: _____
1300 Pennsylvania Avenue, NW
Washington, DC 20229

Page 3 – Certificate of Service

Elizabeth Kraus, Esq.                                    ( ) Via Hand Delivery
Deputy Director, International Antitrust                  ( ) Via Overnight Mail
Federal Trade Commission, Room 498                       (✓) Via First Class Mail
600 Pennsylvania Avenue at Sixth Street, NW              ( ) Other: _____
Washington, DC  20580

Richard Lambert, Esq.                                    ( ) Via Hand Delivery
Department of Health & Human Services                    ( ) Via Overnight Mail
Office of General Counsel                                 (✓) Via First Class Mail
National Institute of Health                             ( ) Other: _____
Building 31, Room 2B50
9000 Rockville Pike
Bethesda, MD  20892-2111



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

April 28, 2008

Richard S. Taffet
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

> **Re:   Certain Vein Harvesting Surgical Systems and**
> **Components Thereof**
> **Inv. No. 337-TA-645**

Dear Mr. Taffet:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosure:
1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

### WASHINGTON, DC 20436

April 28, 2008

Maquet Cardiovascular LLC
170 Baytech Drive
San Jose, California 95134

   **Re:**  **Certain Vein Harvesting Surgical Systems and**
       **Components Thereof**
       **Inv. No. 337-TA-645**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930
(19 U.S.C. 1337). A copy of the Commission's notice of investigation is
enclosed.

      Sincerely,

      *Marilyn R. Abbott*
            JN6

      Marilyn R. Abbott
      Secretary

Enclosure:
1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

April 28, 2008

Embassy of Japan
2520 Massachusetts Avenue, N.W.,
Washington, DC 20008

**Re: Certain Vein Harvesting Surgical Systems and Components Thereof
Inv. No. 337-TA-645**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has
instituted an investigation under section 337 of the Tariff Act of 1930 (19
U.S.C. 1337). One or more of the party-complainants named in the
investigation is located in **Japan.**

Pursuant to Commission rule 210.11(a)(3), we are hereby serving you with a
copy of the complaint filed in this investigation together with a copy of the
Commission's notice of investigation.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosure:
1. Complaint
2. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

April 28, 2008

Terumo Cardiovascular Systems Corporation
6200 Jackson Road
Ann Arbor, Michigan 48103

> **Re: Certain Vein Harvesting Surgical Systems And**
> **Components Thereof**
> **Inv. No. 337-TA-645**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade
Commission has instituted an investigation under Section 337 of the Tariff
Act of 1930, as amended (19 U.S.C. 1337). **Terumo Cardiovascular**
**Systems Corporation** is a named respondent in this investigation.

We are hereby serving you with a copy of the complaint filed and the notice
of investigation issued in this matter. Enclosed is a copy of the Code of
Federal Regulations.

Please note that the notice requires a response to the allegations in the
complaint and the response must be received not later than twenty (20) days
after the date of service of the complaint. Failure to file a response may
result in inferences being drawn against your interests.

Sincerely,

*Marilyn R. Abbott*    JN6

Marilyn R. Abbott
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulations



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

April 28, 2008

Terumo Corporation
44-1, 2-chome
Hatagaya, Shibuya-ku
Tokyo, 151-0072, Japan

> Re:    **Certain Vein Harvesting Surgical Systems and**
> **Components Thereof**
> **Inv. No. 337-TA-645**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade
Commission has instituted an investigation under Section 337 of the Tariff
Act of 1930, as amended (19 U.S.C. 1337). **Terumo Corporation** is a
named respondent in this investigation.

We are hereby serving you with a copy of the complaint filed and the notice
of investigation issued in this matter. Enclosed is a copy of the Code of
Federal Regulations.

Please note that the notice requires a response to the allegations in the
complaint and the response must be received not later than twenty (20) days
after the date of service of the complaint. Failure to file a response may
result in inferences being drawn against your interests.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulations



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

April 28, 2008

Richard Lambert, Esq.
Department of Health & Human Services
Office of General Counsel
National Institute of Health
Building 31, Room 2B50
9000 Rockville Pike
Bethesda, MD 20892-2111

> **Re:    Certain Vein Harvesting Surgical Systems and Components Thereof**
> **Inv. No. 337-TA-645**

Dear Mr. Lambert:

The Commission has instituted an investigation under section 337 of the Tariff Act of 1930 (19 U.S.C. §337). A copy of the notice of investigation is enclosed. Non-confidential copies of the complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Marilyn R. Abbott, Secretary at (202) 205-1802.

If you have questions concerning this investigation, please contact the Commission investigative attorney whose name and telephone number appear in the enclosed notice.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosure:
  1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

April 28, 2008

George F. McCray, Esq.
Chief, Intellectual Property Rights Branch
U.S. Bureau of Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Mint Annex Building
Washington, DC 20229

Re:    **Certain Vein Harvesting Surgical Systems and Components Thereof**
**Inv. No. 337-TA-645**

Dear Mr. McCray:

The Commission has instituted an investigation under section 337 of the Tariff Act of 1930 (19 U.S.C. §337). A copy of the notice of investigation is enclosed. Non-confidential copies of the complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Marilyn R. Abbott, Secretary at (202) 205-1802.

If you have questions concerning this investigation, please contact the Commission investigative attorney whose name and telephone number appear in the enclosed notice.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosure:
1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

April 28, 2008

Elizabeth Kraus, Esq.
Deputy Director, International Antitrust
Federal Trade Commission, Room 498
600 Pennsylvania Avenue at Sixth Street, NW
Washington, DC 20580

> **Re:**   **Certain Vein Harvesting Surgical Systems and Components Thereof**
> **Inv. No. 337-TA-645**

Dear Ms. Kraus:

The Commission has instituted an investigation under section 337 of the Tariff Act of 1930 (19 U.S.C. §337). A copy of the notice of investigation is enclosed. Non-confidential copies of the complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Marilyn R. Abbott, Secretary at (202) 205-1802.

If you have questions concerning this investigation, please contact the Commission investigative attorney whose name and telephone number appear in the enclosed notice.

Sincerely,

*Marilyn R. Abbott*
                                                    $\mathcal{J}$ N 6

Marilyn R. Abbott
Secretary

Enclosure:
1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

### WASHINGTON, DC 20436

April 28, 2008

Mr. Edward T. Hand
Chief, Foreign Commerce Section
Antitrust Division
U.S. Department of Justice
601 D Street, NW-Room 10023
Washington, DC  20530

        **Re:**   **Certain Vein Harvesting Surgical Systems and Components Thereof**
                    **Inv. No. 337-TA-645**

Dear Mr. Hand:

The Commission has instituted an investigation under section 337 of the Tariff Act of 1930 (19 U.S.C. §337).  A copy of the notice of investigation is enclosed.  Non-confidential copies of the complaint and any supplements filed in the investigation will be provided upon request.  Requests should be directed to Marilyn R. Abbott, Secretary at (202) 205-1802.

If you have questions concerning this investigation, please contact the Commission investigative attorney whose name and telephone number appear in the enclosed notice.

Sincerely,

Marilyn R. Abbott
Secretary

Enclosure:
1.  Notice of Investigation

Printed Matter
Imprimé

☐ Other
Autre

Insured value
Valeur déclarée    $

Date of posting    Date de depot    No.

ciale du destinataire

Terumo Corporation
4401, 2-chome
Hatagaya, Shibuya-ku
Tokyo, 151-0072, Japan

on authorized to do so by
if those regulations so
returned by the first mail

onne y autorisée en vertu des
comportent, par l'agent du
directement à l'expéditeur.

Date

Postmark of the office
of destination
Timbre du bureau
de destination

he employee of the office
Signature de l'agent du
ination.

---

Registered Article (Envoi recommandé)

☒ Letter (Lettre)   ☐ Printed Matter (Imprimé)   ☐ Recorded Delivery (Envoi à livraison attestée)   ☐ Express Mail international

☐ Insured Parcel (Colis avec valeur déclarée)   ☐ Insured Value (Valeur déclarée)   Article Number

Date of Posting (Date de dépôt)

(du destinataire)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to do so under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. The form will be returned to the sender by the first mail.

Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination. Il sera renvoyé à l'expéditeur par le premier courrier direct à expéditeur.

Postmark of the office of destination (Timbre du bureau de destination)

The article mentioned above was duly delivered
(L'envoi mentionné ci-dessus a été remis)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Terumo Corporation
4401, 2-chome
Hatagaya, Shibuya-ku
Tokyo, 151-0072, Japan

PS Form 2865, October 1992 (Reverse)

NO 1 337 645  Vol I of II

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Embassy of Japan
2520 Massachusetts Avenue, NW
Washington, DC 20008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0004 5454 4228

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

*NOI 337·645  Vol I of I*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terumo Cardiovascular Systems
Corporation
6200 Jackson Road
Ann Arbor, MI 48103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0004 5454 4204

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

*NOI 337·645  Vol I d II*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terumo Cardiovascular Systems
Corporation
6200 Jackson Road
Ann Arbor, MI 48103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0004 5454 4211

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

INTERNATIONAL
TRADE COMMISSION,
WASHINGTON, DC
20436

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☐ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |

1. Article Addressed to:

Maquet Cardiovascular L.L.C.
170 Baytech Drive
San Jose, CA 95134

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7003 2260 0004 5454 4235

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |

1. Article Addressed to:

Richard S. Taffet, Esq.
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7003 2260 0004 5454 4082

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540