UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>    v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation, | No. C-08-01735 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659** |

1  Presently before the Court is Defendants' Unopposed Motion to Stay under 28 U.S.C. §
2  1659. Having considered the matter, and good cause appearing, IT IS HEREBY ORDERED
3  THAT:
4     1.   Defendants' Unopposed Motion to Stay Under 28 U.S.C. § 1659 is GRANTED;
5     2.   The above-captioned litigation is stayed until the determination of the U.S.
6         International Trade Commission becomes final in Investigation No. 337-TA-645.

8  IT IS SO ORDERED.

11  Dated: _____    By: _____
12                                       Honorable Jeffrey S. White
                                         United States District Judge