Shelley K. Mack (CA SBA 209596)
mack@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
Telephone:(650) 839-5070
Facsimile: (650) 839-5071

Mathias W. Samuel (pro hac vice to be filed, MN Bar No. 272164)
samuel@fr.com
John C. Adkisson (pro hac vice to be filed, MN Bar No. 266358)
adkisson@fr.com
Sara Cotton (pro hac vice to be filed, MN Bar No. 386426)
cotton@fr.com
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendants
TERUMO CORPORATION and TERUMO
CARDIOVASCULAR SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>           v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation, | No. C-08-01735 JSW<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1  Defendants Terumo Corporation and Terumo Cardiovascular Systems Corporation, by and
2  through their counsel, hereby disclose that:
3  Terumo Corporation is a nongovernmental corporate party in the above-captioned action.
4  It has no parent company, and no publicly-held corporation owns 10 percent or more of Terumo
5  Corporation's stock.
6  Terumo Cardiovascular Systems Corporation is a nongovernmental corporate party in the
7  above-captioned action.  It is a wholly owned subsidiary of its parent corporation, Terumo
8  Corporation.  Terumo Corporation is the only publicly-held corporation that owns 10 percent or
9  more of Terumo Cardiovascular Systems Corporation's stock.

Dated: May 5, 2008                              FISH & RICHARDSON P.C.


                                                By: /s/ Shelley K. Mack
                                                    Shelley K. Mack

                                                Attorneys for Defendants
                                                TERUMO CORPORATION, AND TERUMO
                                                CARDIOVASCULAR SYSTEMS
                                                CORPORATION

# PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City CA 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 5, 2008, I caused a copy of the following document(s):

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James G. Snell (SNB 173070)<br>james.snell@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303-2223<br>Telephone: (650) 849-4400<br>Facsimile: (650) 849-4800 | Richard S. Taffet (To Be Admitted Pro Hac)<br>Richard.taffet@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: (212) 705-7000<br>Facsimile: (212) 752-5378 |
| Scott T. Bluni (To Be Admitted Pro Hac)<br>Scott.bluni@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 951-8000<br>Facsimile: (617) 951-8736 | Gary M. Hnath (To Be Admitted Pro Hac)<br>gary.hnath@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>2020 K. Street N.W.<br>Washington, D.C. 20006-1806<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001 |

[ ] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[X] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

| | | |
|---|---|---|
| [X] **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. | |
| [ ] **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. | |
| [ ] **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on May 5, 2008, at Redwood City, CA.

/s/ Janel M. Pearson
Janel M. Pearson

60498510.doc