| | |
|---|---|
| 1 | Shelley K. Mack (CA SBA 209596) |
|  | mack@fr.com |
| 2 | FISH & RICHARDSON P.C. |
|  | 500 Arguello Street |
| 3 | Suite 500 |
|  | Redwood City, CA 94063 |
| 4 | Telephone:(650) 839-5070 |
|  | Facsimile: (650) 839-5071 |
| 5 |  |
|  | Mathias W. Samuel (pro hac vice to be filed, MN Bar No. 272164) |
| 6 | samuel@fr.com |
|  | John C. Adkisson (pro hac vice to be filed, MN Bar No. 266358) |
| 7 | adkisson@fr.com |
|  | Sara Cotton (pro hac vice to be filed, MN Bar No. 386426) |
| 8 | cotton@fr.com |
|  | FISH & RICHARDSON P.C. |
| 9 | 3300 RBC Plaza |
|  | 60 South Sixth Street |
| 10 | Minneapolis, MN 55402 |
|  | Telephone: (612) 335-5070 |
| 11 | Facsimile: (612) 288-9696 |
| 12 | Attorneys for Defendants |
|  | TERUMO CORPORATION, and |
| 13 | TERUMO CARDIOVASCULAR SYSTEMS CORPORATION |
| 14 | James G. Snell (SBN 173070) |
|  | james.snell@bingham.com |
| 15 | Bingham McCutchen LLP |
|  | 1900 University Avenue |
| 16 | East Paulo Alto, CA 94303-2223 |
|  | Telephone: (650) 849-4400 |
| 17 | Facsimile: (650) 849-4800 |
| 18 | Attorney for Plaintiff |
|  | MAQUET CARDIOVASCULAR, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C., | No. C-08-01735 JSW |
| v. | **PARTIES' STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND** |
| TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation, | |

WHEREAS Plaintiff Maquet Cardiovascular, L.L.C. ("Maquet") filed a complaint against Defendants Terumo Corporation and Terumo Cardiovascular Systems Corporation (collectively "Terumo") in the above-captioned case on April 1, 2008;

WHEREAS Maquet served the complaint on Terumo Cardiovascular Systems Corporation on April 15, 2008 and on Terumo Corporation on April 16, 2008;

NOW it is stipulated by the respective parties and their counsel of record that Terumo may have up to and including August 4, 2008 to answer or otherwise respond to Maquet's complaint.

Dated: May 5, 2008

FISH & RICHARDSON P.C.

By: /s/ Shelley K. Mack
    Shelley K. Mack

Attorneys for Defendants
TERUMO CORPORATION, AND TERUMO CARDIOVASCULAR SYSTEMS CORPORATION

BINGHAM McCUTCHEN LLP

By: _____
    James Snell

Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.

60499027.doc

1  WHEREAS Plaintiff Maquet Cardiovascular, L.L.C. ("Maquet") filed a complaint
2  against Defendants Terumo Corporation and Terumo Cardiovascular Systems Corporation
3  (collectively "Terumo") in the above-captioned case on April 1, 2008;
4  WHEREAS Maquet served the complaint on Terumo Cardiovascular Systems
5  Corporation on April 15, 2008 and on Terumo Corporation on April 16, 2008;
6  NOW it is stipulated by the respective parties and their counsel of record that Terumo
7  may have up to and including August 4, 2008 to answer or otherwise respond to Maquet's
8  complaint.

10 Dated: May 5, 2008                    FISH & RICHARDSON P.C.

12                                        By: _____
                                              Shelley K. Mack

13                                        Attorneys for Defendants
14                                        TERUMO CORPORATION, AND TERUMO
                                          CARDIOVASCULAR SYSTEMS
                                          CORPORATION

17                                        BINGHAM McCUTCHEN LLP

18                                        By: _____
                                              James Snell

19                                        Attorneys for Plaintiff
20                                        MAQUET CARDIOVASCULAR, L.L.C.