UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C., a Delaware L.L.C.,<br><br>　　　v.<br><br>TERUMO CORPORATION, a Japanese corporation and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, a Delaware corporation, | No. C-08-01735 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 |

1  Presently before the Court is Defendants' Unopposed Motion to Stay under 28 U.S.C. § 1659. Having considered the matter, and good cause appearing, IT IS HEREBY ORDERED THAT:

   1. Defendants' Unopposed Motion to Stay Under 28 U.S.C. § 1659 is GRANTED;
   2. The above-captioned litigation is stayed until the determination of the U.S. International Trade Commission becomes final in Investigation No. 337-TA-645. Defendants shall submit an update within 10 days of the final determination by the ITC.

IT IS SO ORDERED.

Dated: May 6, 2008          By: _____
                                Honorable Jeffrey S. White
                                United States District Judge