Shelley K. Mack (SBN 209596)
mack@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
Telephone:(650) 839-5070
Facsimile: (650) 839-5071

Mathias W. Samuel (MN Bar No. 272164)
samuel@fr.com
John C. Adkisson (MN Bar No. 266358)
adkisson@fr.com
Sara Cotton (MN Bar No. 386426)
cotton@fr.com
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendants
TERUMO CORPORATION and
TERUMO CARDIOVASCULAR SYSTEMS CORPORATION

James G. Snell (SBN 173070)
james.snell@bingham.com
Bingham McCutchen LLP
1900 University Avenue
East Paulo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorney for Plaintiff
MAQUET CARDIOVASCULAR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAQUET CARDIOVASCULAR, L.L.C, <br><br> Plaintiff, <br><br> v. <br><br> TERUMO CORPORATION and TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, <br><br> Defendants. | No. C-08-01735 JSW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1

Plaintiff Maquet Cardiovascular L.L.C. ("Maquet") and Defendants Terumo Cardiovascular Systems Corporation and Terumo Corporation (collectively, "Terumo") hereby stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Maquet and Terumo hereby agree to dismiss with prejudice this lawsuit, including all claims filed therein.

2. Each party shall bear its own litigation costs, attorneys' fess, and other expenses arising from or related to this litigation.

Dated: December 17, 2008        FISH & RICHARDSON P.C.

                                By: /s/ Shelley K. Mack
                                    Shelley K. Mack

                                Attorneys for Defendants
                                TERUMO CORPORATION AND TERUMO
                                CARDIOVASCULAR SYSTEMS
                                CORPORATION


Dated: December 17, 2008        BINGHAM McCUTCHEN LLP

                                By: /s/ James G. Snell
                                    James G. Snell

                                Attorneys for Plaintiff
                                MAQUET CARDIOVASCULAR, L.L.C.


Concurrence in the filing of this document has been obtained from James G. Snell, counsel for Plaintiff, Maquet Cardiovascular LLC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above titled lawsuit, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 17, 2008

_____
The Honorable Jeffrey S. White
United States District Judge